# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOSEPH MATTHEW GAINEY,

    Plaintiff,

v.                                                  CASE NO. 3:19cv1699-MCR-HTC

D. BRASSEUR OFFICER,
CHIEF EDMONDS, and
CAPTAIN MCDANIEL,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 6, 2019. ECF No. 7. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2. All claims against Defendant Edmonds and McDaniel are DISMISSED without prejudice under 28 U.S.C. § 1915(b)(1) and § 1915(e)(B)(ii), for Plaintiff's failure to state a claim on which relief may be granted.

3. The clerk is directed to terminate Edmonds and McDaniel as Defendants and refer this case back to the Magistrate Judge for further proceedings against Defendant Brasseur.

**DONE AND ORDERED** this 4th day of September 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**