# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOSEPH MATTHEW GAINEY,

    Plaintiff,

v.                                            CASE NO. 3:19cv1699-MCR-HTC

OFFICER D BRASSEUR,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 9, 2020. ECF No. 23. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 23, is adopted and incorporated by reference in this Order.

(2) Brasseur's motion to dismiss, ECF No. 21, is GRANTED.

(3) Plaintiff's first amended civil rights complaint under 42 U.S.C. § 1983, ECF No. 4, is DISMISSED WITH PREJUDICE.

(4) The Clerk is directed to close this matter.

**DONE AND ORDERED** this 8th day of April 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**